# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (1) (RHK/SRN) |
| Plaintiff, | **ORDER FOR EXTENSION OF** |
| v. | **TIME TO FILE OBJECTIONS** |
| | **AND POSITION PLEADINGS** |
| Eldon Phillip Anderson, | |
| Defendant. | |

---

The Defendant's Motion for Extension of Time (Doc. No. 38) is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by July 11, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by July 18, 2008.


Dated: June 30, 2008                    s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge