# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (1) (RHK/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS AND POSITION PLEADINGS** |
| Eldon Philip Anderson, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**.  **IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by August 29, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by September 5, 2008.

There will be no further extensions.


Dated: August 18, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge