## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (RHK/SRN) |
| Plaintiff,<br>v. | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS AND POSITION PLEADINGS** |
| Eldon Phillip Anderson, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by September 12, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by September 19, 2008.

Dated: September 3, 2008        s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge