## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (RHK/SRN) |
| Plaintiff, | **ORDER FOR EXTENSION OF** |
| v. | **TIME TO FILE OBJECTIONS** |
| | **AND POSITION PLEADINGS** |
| Eldon Phillip Anderson, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by September 19, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by September 26, 2008.

Dated: September 15, 2008         s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge