## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Eldon Philip Anderson, | |
| Defendant. | |

Defendant's Motion to Extend Voluntary Surrender Date (Doc. No. 61) is

**DENIED**.

Dated:  December 2, 2008

            s/Richard H. Kyle
            RICHARD H. KYLE
            United States District Judge