# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Eldon Philip Anderson, | |
| Defendant. | |

Defendant's June12, 2009 letter request (attached) requesting appointment of counsel is **DENIED**.

Dated: June 19, 2009

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge