**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (RHK/SRN**)** |
| Plaintiff-Respondent, | **ORDER** |
| v. | |
| Eldon Phillip Anderson, | |
| Defendant-Petitioner. | |

---

In preparation for the April 11, 2011, hearing in Duluth, **IT IS ORDERED** that counsel for the Petitioner and for the Respondent shall serve and file the following:

1. A list of all exhibits intended to be offered into evidence (with copies attached); and

2. A list of all witnesses to be called, with a brief description of each witness's proposed testimony.

Said documents shall be served and filed on or before March 30, 2011.


Dated:  March 11, 2011            s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge