# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-417 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Eldon Philip Anderson, | |
| Defendant. | |

_____

Defendant Anderson's Motion for Reconsideration of Order (Doc. No. 126) is **DENIED**.

Dated: June 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge